

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-4-2006

# In Re: Wallace

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-4934

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"In Re: Wallace " (2006). *2006 Decisions.* Paper 1792.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1792

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

HPS-13                                                    NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-4934
_____

IN RE: MARGARET WALLACE,
                                                    Petitioner.
_____

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to Civ. No. 04-cv-00819)
_____

Submitted Under Rule 21, Fed. R. App. P.
December 16, 2005
BEFORE: SCIRICA, CHIEF JUDGE, WEIS and GARTH, CIRCUIT JUDGES

(Filed: January 4, 2006)
_____

OPINION
_____

PER CURIAM.

Margaret Wallace asks that we issue a writ of mandamus directing

Honorable R. Barclay Surrick to recuse himself because he has failed to rule on alleged

attorney fraud that Wallace has documented in the record. Wallace additionally asks this

Court to adjudicate the issues of attorney fraud she presented to the District Court. For

the reasons that follow, we will deny the petition.

1

The District Court dismissed Wallace's Complaint on November 18, 2005, pursuant to <u>Poulis v. State Farm Fire & Casualty Co.</u>, 747 F.2d 863 (3d Cir. 1984). Wallace has appealed from that order. <u>See</u> C.A. 05-5216.

Thus, we will dismiss this mandamus petition as moot.